**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY SCOTT VAN HUISEN,<br>Plaintiff,<br>v.<br>CENTRAL INTELLIGENCE AGENCY,<br>Defendant. | No. 2:26-cv-0493-DAD-ICD-P<br><br><u>ORDER</u> |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for an extension of time to file objections to the Court's September 23, 2026, findings and recommendations. ECF No. 14. Good cause appearing, Plaintiff's motion is granted. The parties may file objections to the September 23, 2026, findings and recommendations within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: October 9, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE